*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 13-BG-955**

IN RE: SCOTT B. GILLY,
                                        Respondent.
**Bar Registration No. 442356**                **BDN: 104-13**

BEFORE:    Glickman, Associate Judge, and Nebeker and Farrell, Senior Judges.

**ORDER**
(FILED - November 7, 2013)

On consideration of the certified order of the United States District Court for the Southern District of New York that suspended respondent from the practice of law with the right to apply for reinstatement after one year, this court's September 17, 2013, order suspending respondent pending further action of the court and directing him to show cause why reciprocal discipline in the form of a one-year suspension with a fitness requirement should not be imposed, the statement of respondent wherein he does not oppose the imposition of reciprocal discipline, the statement of Bar Counsel regarding reciprocal discipline, and respondent's D.C. Bar R. XI, §14 (g) affidavit filed on September 25, 2013, it is

ORDERED that Scott B. Gilly is hereby suspended from the practice of law in the District of Columbia for a period of one year, *nunc pro tunc* to September 25, 2013, with reinstatement contingent on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**